IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Phillip Foster Cameron, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:26-cv-00340 |
| | : | |
| v. | : | |
| | : | Judge Susan J. Dlott |
| The Office of the Ohio Disciplinary Counsel | : | |
| for the Supreme Court of the State of Ohio, | : | |
| *et al.*, | : | ORDER DISMISSING CASE |
| | : | |
| Defendant. | : | |

This matter is before the Court on Plaintiff Phillip Foster Cameron's Response to Show Cause filed on July 24, 2026. (Doc. 4.) On July 21, 2026, Chief Magistrate Judge Stephanie K. Bowman issued an Order to Show Cause requiring Plaintiff to show cause in writing within 20 days as to why his case should not be dismissed for failure of service of process. (Doc. 3 at PageID 38.) Responding, Plaintiff requested that his case be dismissed. (Doc. 5 at PageID 39.) The Court, therefore, **DISMISSES THIS CASE WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Susan J. Dlott

Judge Susan J. Dlott
United States District Court